[No. 12242-1-II. Division Two. January 22, 1990.]

RALPH O. BRADY, *Respondent*, v. THE DAILY WORLD, *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 82-2-00189-5, David E. Foscue, J., entered November 18, 1987. *Affirmed* by unpublished opinion per Petrich, A.C.J., concurred in by Reed and Worswick, JJ.

[No. 11635-9-II. Division Two. January 23, 1990.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID E. JIROVEC, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 86-1-00366-9, Daniel J. Berschauer, J., entered December 16, 1987. *Affirmed* by unpublished opinion per Petrich, A.C.J., concurred in by Reed and Worswick, JJ.

[No. 12100-0-II. Division Two. January 23, 1990.]

THE STATE OF WASHINGTON, *Respondent*, v. BRYAN E. BROWN, *Appellant*.

Appeal from a judgment of the Superior Court for Jefferson County, No. 87-1-00103-8, William E. Howard, J., entered July 8, 1988. *Affirmed* by unpublished opinion per Reed, J., concurred in by Alexander, C.J., and Petrich, J.

[No. 12124-7-II. Division Two. January 23, 1990.]

JERRE S. BOYD, *Appellant*, v. THE DEPARTMENT OF LICENSING, *Respondent*.

Appeal from a judgment of the Superior Court for Clallam County, No. 87-2-00346-1, Gary W. Velie, J., entered July 19, 1988. *Affirmed* by unpublished opinion per Petrich, A.C.J., concurred in by Reed and Worswick, JJ.